People v Vasquez (2024 NY Slip Op 51261(U))

[*1]

People v Vasquez (Rafael)

2024 NY Slip Op 51261(U)

Decided on September 12, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 12, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570173/21

The People of the State of New York, Respondent, 
against
Rafael Vasquez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Joseph A. McCormack, J.), rendered April 28, 2021, convicting him, upon his plea of guilty, of driving while impaired, and sentencing him, inter alia, to a fine of $300 and $255 in mandatory surcharges and fees.

Per Curiam.
Judgment of conviction (Joseph A. McCormack, J.), rendered April 28, 2021, affirmed.
Defendant is not entitled to waiver of the fine, surcharge and fees in the interest of justice pursuant to the Driver's License Suspension Reform Act (DLSRA). The DLSRA does not apply retroactively to defendant who was convicted before the statute's enactment (see People v Castro, 223 AD3d 20 [2023], lv denied 41 NY3d 964 [2024]; People v Urena, 80 Misc 3d 129[A], 2023 NY Slip Op 50981[U][App Term, 1st Dept 2023], lv denied 40 NY3d 1041 [2023]).
We perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 12, 2024